IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHYSICIANS HEALTH SERVICES ADMINISTRATORS, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 7932 |
| v. | ) ) ) | Judge Lee<br>Magistrate Judge Keys |
| NEW LASER SCIENCE, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR
DAMAGES AND ATTORNEY'S FEES AND COSTS**

Plaintiff Physicians Health Services Administrators, Inc. respectfully requests that this Court enter judgment in the amount of $12,000 for Plaintiff, plus $5,090 in attorney's fees and $455 in costs of suit against defendant New Laser Science, Inc. In support thereof, plaintiff states:

1. On February 6, 2014, this Court entered an order granting plaintiff's motion for entry of default. (*Dkt. No. 22*)

2. On February 27, 2014, plaintiff filed a memorandum in support of its request for damages and attorney's fees and costs. (*Dkt. No. 23*)

3. In its memorandum, plaintiff respectfully requests $12,000 in statutory damages for the 8 unsolicited advertising faxes defendant New Laser Science, Inc. sent to it. Plaintiff also requests an award of $5,090 in attorney's fees and $455 in costs of suit. Additionally, Plaintiff requests that the Court enter an order enjoining defendant New Laser Science, Inc., from further

1

transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff.

WHEREFORE, plaintiff respectfully requests entry of default judgment against defendant New Laser Science, Inc., and in Plaintiff's favor in the amount of $12,000 in statutory damages for Plaintiff, plus $5,090 in attorney's fees and $455 in costs of suit.

                    Respectfully submitted,

                    s/ Heather Kolbus
                    Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on February 28, 2014, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

John Clark
New Laser Science, Inc.
16776 Bernardo Center Drive
San Diego, CA 92128

                                                      s/ Heather Kolbus
                                                      Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)